IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CIVIL ACTION
:
v. : CR. NO. 04-655-1
:
DAVID ROBINSON : NO. 09-1253

ORDER

BERLE M. SCHILLER, J.

AND NOW, this 25 day of March, 2010, upon careful and independent consideration of the Motion to Vacate, Set Aside or Correct a Sentence, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and the objections thereto, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Motion to Vacate, Set Aside or Correct Sentence is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

[Filed stamp: MAR 26 2010, MICHAEL E. KUNZ, Clerk, By ___ Dep. Clerk]